UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREG KIRKPATRICK, et al.,

        Plaintiffs,

   v.

IRONWOOD COMMUNICATIONS, INC.,

        Defendant.

CASE NO. C05-1428JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' stipulated briefing schedule (Dkt. # 20) for the pending motions regarding class certification, as well as Defendant's pending summary judgment motion. The court GRANTS the stipulation to the extent it establishes a briefing schedule for the pending motions, and DENIES it in all other respects.

Pending disposition of the motions now before it, the court vacates all pretrial deadlines, including the trial date, and stays all discovery except discovery necessary to prepare oppositions or replies to the pending motions. The court will enter a new case management order when it rules on the pending motions.

Filed and entered this 1st day of May, 2006.

                        BRUCE RIFKIN, Clerk

                            s/Mary Duett

                      By
                            Deputy Clerk

MINUTE ORDER